# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLONZO HEDRINGTON,<br><br>  Petitioner,<br><br>  v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>  Defendants. | Case No. 1:25-cv-00335-SAB<br><br>ORDER TRANSFERRING CASE TO THE SACRAMENTO DIVISION OF THE EASTERN DISTRICT OF CALIFORNIA |

On March 20, 2025, Petitioner Orlonzo Hedrington, proceeding pro se and having paid the civil filing fee in full, filed a document entitled "petition for writ of certiorari to the United States Court of Appeals for the Supreme Court." (ECF No. 1.) Petitioner names United States of America, County of Solano, and the Fairfield Police Department as Respondents. Petitioner attaches exhibits reflecting case number 2:21-cv-00414-KJM-DB, which is a case in the Sacramento Division of the United States District Court for the Eastern District of California.

Although the relief sought by Petitioner from the district court is unclear, the Court finds the action has not been commenced in the proper court. Given the Respondents are located in the Sacramento Division and Petitioner references a specific civil action in the Sacramento Division, the Court finds good cause to transfer this action to the Sacramento Division pursuant to Local Rule 120(f).

///

Accordingly, IT IS HEREBY ORDERED that:

1. This action is transferred to the United States District Court for the Eastern District of California sitting in Sacramento; and

2. All future filings shall refer to the new Sacramento case number assigned and shall be filed at:

> United States District Court
> Eastern District of California
> 501 "I" Street, Suite 4-200
> Sacramento, CA 95814

IT IS SO ORDERED.

Dated: **March 21, 2025**

STANLEY A. BOONE
United States Magistrate Judge

2